IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELVYN KLEIN, derivatively on behalf of Conagra Brands, Inc.<br><br>Plaintiff,<br><br>v.<br><br>ANIL ARORA et al.,<br><br>Defendants,<br><br>and<br><br>CONAGRA BRANDS, INC.,<br><br>Nominal Defendant. | Case No. 1:19-cv-03148<br><br>Honorable Martha M. Pacold |

## ORDER FOR TEMPORARY STAY OF PROCEEDINGS

Upon consideration of the stipulation of the parties in the above-captioned consolidated shareholder derivative action, as set forth in the parties' joint status report, and for good cause shown, the Court hereby orders as follows:

1. The terms of the temporary stay set forth in this Court's Order of March 9, 2020 (Doc. 48) shall remain in place until the conclusion of the appeal proceedings in the related securities action captioned *West Palm Beach Firefighters' Pension Fund v. Conagra Brands Inc., et al.*, Case No. 1:19-cv-01323 (the "*WPB Action*").

2.  Within 30 days of the date that a decision is rendered in the appeal proceedings in the *WPB Action*, the parties shall present to the Court a proposed schedule for further proceedings in this matter.

**IT IS SO ORDERED**.

February 2, 2021
/s/ Martha M. Pacold
HONORABLE MARTHA M. PACOLD
UNITED STATES DISTRICT COURT JUDGE